# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

U.S. Securities and Exchange Commission

Plaintiff(s)

vs.

William F. Mahon and Dean J. Jupiter

Defendant(s)

Civil Action No. – S 00 CV 2918

FEE PAID

FEE NOT PAID
(SEND LETTER)

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, _____ Yuri B. Zelinsky _____ Esquire

a member of the Bar of this court, moves the admission of _____ Paul A. Montoya _____ Esquire to

appear pro hac vice in the captioned proceeding as counsel for U.S. Securities and Exchange Commission

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of _____

Illinois and New Mexico

and/or the following United States Court(s): _____ District Court for the Northern District of Illinois

and District Court for New Mexico

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has

been admitted pro hac vice in this court _____ 0 _____ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set

forth all relevant facts, including disposition, as follows: _____

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK, U. S. DISTRICT COURT

Revised 6/98

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United

States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional

Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or

_____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT:

_Wm. B. Zelinsky_

Signature

  U.S. Securities and Exchange Commission
  450 5th Street, N.W.

Address

  Washington, DC  20549

  (202) 942-4500

Office phone number

  (202) 942-9581

Fax number

  **23450**

Md. U.S. District Court Number

PROPOSED ADMITTEE:

_Paul Montoya_

Signature

  U.S. Securities and Exchange Commission
  500 W. Madison Street, Suite 1400

Address

  Chicago, IL  60661

  (312) 353-7390

Office phone number

  (312) 353-7398

Fax number

## ORDER

Motion   __✗__   GRANTED

Motion   _____   GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion   _____   DENIED

  **10|16|00**

Dated

_____

Judge, U.S. District Court