# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

U.S. Securities and Exchange Commission

Plaintiff(s)

vs.

William F. Mahon and Dean J. Jupiter

Defendant(s)

Civil Action No. S 00 CV 2918

FEE PAID

FEE NOT PAID

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Yuri B. Zelinsky__ Esquire a member of the Bar of this court, moves the admission of __Jane E. Jarcho__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __U.S. Securities and Exchange Commission__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __Illinois__

and/or the following United States Court(s): __District Court for the Northern District of Illinois__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: ____

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U.S. DISTRICT COURT

Revised 6/98

-2-

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| /s/ Jai B. Zalinsky | /s/ |
| Signature | Signature |
| U.S. Securities and Exchange Commission | U.S. Securities and Exchange Commission |
| 450 5th Street, N.W. | 500 W. Madison, Suite 1400 |
| Address | Address |
| Washington, DC 20549 | Chicago, IL 60661 |
| (202) 942-4500 | (312) 353-7390 |
| Office phone number | Office phone number |
| (202) 942-9581 | (312) 353-7398 |
| Fax number | Fax number |
| 23450 | |
| Md. U.S. District Court Number | |

## ORDER

Motion __✓__ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

__10/16/00__  
Dated

_____  
Judge, U.S. District Court