# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

U.S. Securities and Exchange Commission
        Plaintiff(s)

vs.

William F. Mahon and Dean J. Jupiter
        Defendant(s)

Case No.: S-00-2918

## MOTION FOR ADMISSION *PRO HAC VICE*

I, **Yuri B. Zelinsky**, am a member in good standing of the bar of this Court. My bar number is **23450**. I am moving the admission of **Carolann Gemski** to appear *pro hac vice* in this case, as counsel for **United States Securities and Exchange Commission**.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Maryland (inactive) | 1992 |
| District of Columbia | 1992 |
| | |
| | |
| | |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court **0** times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice          Page 1 of 2

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT
*[signature]*
Signature

Yuri B. Zelinsky
Printed Name
United States Securities
and Exchange Commission
Firm
450 5th Street, N.W.
Washington, D.C. 20549
Address

(202) 942-4890
Telephone Number

(202) 942-9586
Fax Number

PROPOSED ADMITTEE
*[signature]*
Signature

Carolann Gemski
Printed Name
United States Securities
and Exchange Commission
Firm
175 W. Jackson Blvd., Ste. 900
Chicago, Illinois 60604
Address

(312) 353-7390
Telephone Number

(312) 886-8514
Fax Number

*******************************************************************************

## ORDER

☒ GRANTED ☐ DENIED

10/23/02
Date

*[signature]*
United States District Judge

## CERTIFICATE OF SERVICE

I, Carolann Gemski, hereby certify that on October 18, 2002, copies of the foregoing Motion for Admission *Pro Hac Vice* were sent via first class mail, postage prepaid, to the following Defendants' counsel:

Allan M. Lerner, Esq.
Allan M. Lerner, P.A.
2888 East Oakland Park Blvd
Ft. Lauderdale, Florida 33306

Robert Biddle, Esq.
Bennett & Nathans LLP
210 East Lexington Street, Suite 301
Baltimore, MD 21202

David P. King, Esq.
LabCorp
430 South Spring Street
Burlington, NC 27215

Carolann Gemski