March 7, 2003

Yuri B. Zelinsky, Esq.
U.S. Securities & Exchange Commission
450 Fifth Street, N.W.
Washington, DC 20549

Paul A. Montoya, Esq.
U.S. Securities & Exchange Commission
175 West Jackson Boulevard, 9th Floor
Chicago, IL 60604

Robert W. Biddle, Esq.
Bennett & Nathans, LLP
210 East Lexington Street, Suite 301
Baltimore, MD 21202

Allan M. Lerner, Esq.
2888 East Oakland Park Boulevard
Fort Lauderdale, FL 33306

     Re:  United States Securities & Exchange Commission v. William
         F. Mahon, et al., Civil No. S-00-2918

Dear Counsel:

    Enclosed please find consent forms to be signed and returned to
Judge Smalkin by March 17, 2003, if you decide that the above case
should be referred for all proceedings to a magistrate judge.

                          Sincerely yours,

                          Susan K. Gauvey
                          United States Magistrate Judge

cc:  Honorable Frederic N. Smalkin

U.S. District Court (Rev. 1/2000)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND


UNITED STATES SECURITIES                     *
AND EXCHANGE COMMISSION
          Plaintiff                 *
                                        Civil Action  No.: S-00-2918
          vs.                           *

WILLIAM F. MAHON, ET AL.                     *
          Defendant
                      ******

## GENERAL CONSENT TO PROCEED
## BEFORE A UNITED STATES MAGISTRATE JUDGE


      In accordance with the provisions of Title 28 U.S.C. § 636(c), the parties to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a United States District Judge and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.


_____    Date: _____


_____    Date: _____


## ORDER OF REFERENCE


      IT IS HEREBY **ORDERED** this _____ day of _____, 20_____, that the above-captioned matter be referred to United States Magistrate Judge _____, for all proceedings and the entry of judgment in accordance with Title 28 U.S.C. § 636(c) and the foregoing consent of the parties.


_____


U.S. District Court (Rev. 1/2000)

Frederic N. Smalkin
United States District Judge