UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION

   Plaintiff,

  v.          : CIVIL ACTION
              : FILE NO. S 00 CV 2918

WILLIAM F. MAHON, ET. AL.  : Judge William D. Quarles

   Defendants.

**ORDER GRANTING SEC'S MOTION FOR SCHEDULING CONFERENCE**

UPON CONSIDERATION of the SEC's *Motion for Scheduling Conference* and Defendant Dean J. Jupiter's opposition thereto, it is this ____ day of _____, 200_3_, by the United States District Court for the District of Maryland, hereby

ORDERED, that the SEC's Motion be and hereby is GRANTED; and it is further,

ORDERED, that counsel for the SEC and Defendant Dean J. Jupiter shall appear via telephone for a scheduling conference on January 7, 2004 at 2:30 p.m. at which time the court will establish discovery deadlines, a dispositive motions deadline, and a date for a hearing on any unresolved issues **Plaintiff's counsel is asked to initiate the call.**

          SO ORDERED.

          _____
          Judge, United States District Court
          for the District of Maryland