# United States District Court
### DISTRICT OF MARYLAND

**CHAMBERS OF**
**WILLIAM D. QUARLES, JR.**
**UNITED STATES DISTRICT JUDGE**

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
410-962-0946
410-962-0868 (FAX)
MDD_WDQCHAMBERS@MDD.USCOURTS.GOV

January 7, 2004

TO COUNSEL OF RECORD:

Re: SEC v. Jupiter, WDQ-00-2918

Dear Counsel:

At the January 7, 2004 telephone conference, I set the following schedule. Discovery must be completed by April 30, 2004. Motions are due May 31, 2004.

Despite its informality, this letter is an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

William D. Quarles, Jr.
United States District Judge