UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION | : : : : |
| Plaintiff, | : : |
| v. | : CIVIL ACTION : FILE NO. WDQ-00-2918 |
| WILLIAM F. MAHON, ET. AL. | : : Judge William D. Quarles |
| Defendants. | : : : |

## NOTICE OF DEPOSITION

Please take notice that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff, United States Securities and Exchange Commission, will depose Dean J. Jupiter on the date and at the location listed below. Such deposition will be recorded by stenographic means and will continue day to day thereafter until completed.

| **Individual** | **Date and Time** | **Location** |
|---|---|---|
| Dean J. Jupiter | March 23, 2004 9:00 a.m. | United States Attorney's Office 500 E. Broward Boulevard, Ste. 700 Ft. Lauderdale, FL  33394 |

_/s/_____
Carolann Gemski
One of the Attorneys for Plaintiff
Securities and Exchange Commission
175 West Jackson Boulevard, Suite 900
Chicago, IL  60604
(312) 353-7390

Dated: March 2, 2004

## **CERTIFICATE OF SERVICE**

      I, Carolann Gemski, hereby certify that on March 2, 2004, a copy of the foregoing Notice of Deposition was filed electronically. Notice of this filing will be sent electronically to Allan M. Lerner, counsel for Defendant Dean J. Jupiter by operation of the Court's electronic filing system. Parties and interested persons may access this filing through the Court's system.

                                                                            /s/_____
                                                                          Carolann Gemski