# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### NORTHERN DIVISION

|  |  |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION** | : <br> : <br> : <br> : |
| **Plaintiff,** | : |
| **v.** | : CIVIL ACTION <br> : FILE NO. S 00 CV 2918 <br> : |
| **WILLIAM F. MAHON, ET. AL.** | : Judge William D. Quarles <br> : |
| **Defendants.** | : <br> : |

## CONSENT MOTION TO EXTEND DISCOVERY AND MOTIONS DEADLINES

Plaintiff, United States Securities and Exchange Commission (SEC), through its counsel and pursuant to Fed. R. Civ. P. 7(b) and with the consent of Defendant Dean J. Jupiter respectfully moves the Court to extend by 30 days the discovery and motions deadlines contained in the current scheduling.  In support of this motion, the SEC states the following:

1.      On January 7, 2004, this Court entered a Scheduling Order providing for completion of discovery by April 30, 2004 and a motions deadline of May 31, 2004.

2.      On February 12, 2004, the SEC issued a subpoena to Jupiter's accountant, Larry Legal, to produce documents to the SEC by February 27, 2004 and to appear for deposition on March 18, 2004.  On February 13, 2004, Legal was personally served with the subpoena.

3.      Legal did not produce the documents responsive to the SEC's subpoena by the February 27, 2004 deadline.  Soon thereafter, Legal retained counsel.  On March 18, 2004, Jupiter petitioned the court to quash the subpoena issued for Legal's documents (which was denied on April 15, 2004).  The parties and Legal agreed that Legal would produce all

documents responsive to the subpoena to Jupiter's counsel by March 19, 2004 for a privilege

review.  Nonetheless, despite diligent efforts by both the SEC and Jupiter's counsel, Legal failed

to produce the documents to Jupiter's counsel for a privilege review until April 21st.  Jupiter's

counsel produced the non-privileged documents to the SEC on April 23rd.  Legal's deposition

currently is scheduled for May 5th, the first date available for all counsel and Legal to appear.

    4.      Undersigned counsel has requested and received Jupiter's consent to the relief

requested in this motion.

        WHEREFORE, for the foregoing reasons, the SEC requests that the Court grant its

Motion.

                            Respectfully submitted,
                            For Plaintiff Securities and Exchange Commission


                            Carolann Gemski (DC Bar #438561)
                            One of the Attorneys for Plaintiff
                            U. S. Securities and Exchange Commission
                            175 W. Jackson Blvd., Suite 900
                            Chicago, Illinois 60604
                            (312) 353-7390


## CERTIFICATE OF SERVICE

    I, Carolann Gemski, hereby certify that on April 26, 2004, a copy of the foregoing Motion was
filed electronically.  Notice of this filing will be sent electronically to Allan M. Lerner, counsel for
Defendant Dean J. Jupiter by operation of the Court's electronic filing system.  Parties and interested
persons may access this filing through the Court's system.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| _____ : | |
| **UNITED STATES SECURITIES** : | |
| **AND EXCHANGE COMMISSION** : | |
| : | |
| **Plaintiff,** : | |
| : | CIVIL ACTION |
| **v.** : | FILE NO. S 00 CV 2918 |
| : | |
| **WILLIAM F. MAHON, ET. AL.** : | Judge William D. Quarles |
| : | |
| **Defendants.** : | |
| _____ : | |

**ORDER GRANTING SEC'S CONSENT MOTION TO EXTEND DISCOVERY AND
MOTIONS DEADLINES**

UPON CONSIDERATION of the SEC's *Motion To Extend Discovery and Motions
Deadlines* and Jupiter's consent thereto, it is this _____ day of April, 2004 by the United
States District Court for the District of Maryland, hereby:

ORDERED, that the SEC's Motion be and hereby is GRANTED; and it is further,

ORDERED, that discovery shall remain open until May 31, 2004 and Motions shall be
due by June 30, 2004.

SO ORDERED.

_____
Judge, United States District Court
for the District of Maryland