UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION

Plaintiff,

v.

WILLIAM F. MAHON, ET. AL.

Defendants.

CIVIL ACTION
FILE NO. S 00 CV 2918

Judge William D. Quarles

## ORDER GRANTING SEC'S CONSENT MOTION TO EXTEND DISCOVERY AND MOTIONS DEADLINES

UPON CONSIDERATION of the SEC's *Motion To Extend Discovery and Motions Deadlines* and Jupiter's consent thereto, it is this 27 day of April, 2004 by the United States District Court for the District of Maryland, hereby:

ORDERED, that the SEC's Motion be and hereby is GRANTED; and it is further,

ORDERED, that discovery shall remain open until May 31, 2004 and Motions shall be due by June 30, 2004.

SO ORDERED.

_____
Judge, United States District Court
for the District of Maryland