UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

U.S. Securities & Exchange Commission,

    Plaintiff,

vs.

William F. Mahon and
Dean J. Jupiter,

    Defendants,

CASE No. S 00 CV 2918
Judge William D. Quarles



MOTION "DENIED" THIS ___ DAY OF ___ 200_
WILLIAM D. QUARLES
UNITED STATES DISTRICT JUDGE

### DEFENDANT DEAN J. JUPITER'S MOTION TO QUASH SUBPOENA AND FOR PROTECTIVE ORDER

The defendant, Dean J. Jupiter ("Jupiter"), by and through its undersigned counsel, moves this Court for an Order, quashing a Subpoena issued by the plaintiff Securities & Exchange Commission ("SEC"), as unreasonable, or, in the alternative, to grant him other relief under Rules 26(c), 30(d), 45(c) and 45(d) of the Federal Rules of Civil Procedure.

### PRELIMINARY STATEMENT

The SEC filed its Complaint in September 2000 in the U. S. District Court for the Northern district of Maryland, against defendant Jupiter and others, alleging, *inter alia*, that, from approximately 1992 through 1997, defendant Jupiter obtained illegal gains from his participation in a scheme to defraud a customer of the securities brokerage firm with which he was associated. The Complaint specifically demanded, among other things, monetary relief in the form of disgorgement of the illicit gains and civil penalties.

On January 17, 2003, the Court entered an Order of Permanent Injunction against Jupiter ("Order) by Consent. A copy of the Order is attached as Exhibit A. Paragraph II of the Order