# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# NORTHERN DIVISION

|  |  |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION** | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION<br>: FILE NO. S 00 CV 2918 |
| **WILLIAM F. MAHON, ET. AL.** | : Judge William D. Quarles |
| Defendants. | : |

## ORDER GRANTING SEC'S MOTION TO STAY DISPOSITIVE MOTIONS DEADLINE

UPON CONSIDERATION of the SEC's *Motion To Stay Dispositive Motions Deadline or In the Alternative to Extend Deadline by 60 Days* and Jupiter's opposition thereto, it is this _____ day of July, 2004 by the United States District Court for the District of Maryland, hereby:

ORDERED, that the SEC's Motion be and hereby is GRANTED; and it is further,

ORDERED, that the dispositive motions deadline is STAYED; and it is further,

ORDERED, that the SEC shall provide notice to the court upon the expiration of the deadline for the filing of responsive pleadings by the relief defendants, requesting that a new dispositive motions deadline be scheduled.

SO ORDERED.

_____
Judge, United States District Court
for the District of Maryland