UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION** : : : : **Plaintiff,** : : **v.** : : **WILLIAM F. MAHON, ET. AL.** : : **Defendants.** : : | CIVIL ACTION FILE NO. S 00 CV 2918  Judge William D. Quarles |

### NOTICE OF FILING OF EXHIBIT C TO SEC'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND TO SHORTEN TIME FOR FILING OF ANSWERS BY THE PROPOSED RELIEF DEFENDANTS

Plaintiff, United States Securities and Exchange Commission (SEC), through its counsel files this notice, which attaches Exhibit C to its *Motion for Leave to File First Amended Complaint and to Shorten Time for Filing of Answers by the Proposed Relief Defendants*. The attached Exhibit C is an copy of the proposed First Amended Complaint without redline edits.

Respectfully submitted,

**For Plaintiff Securities and Exchange Commission:**

_____
Carolann Gemski (DC Bar #438561)
One of the Attorneys for Plaintiff
U. S. Securities and Exchange Commission
175 W. Jackson Blvd., Suite 900
Chicago, Illinois 60604
(312) 353-7390

2

## CERTIFICATE OF SERVICE

I, Carolann Gemski, hereby certify that on July 6, 2004, a copy of the foregoing Notice with attachment was filed electronically. Notice of this filing will be sent electronically to Allan M. Lerner, counsel for Defendant Dean J. Jupiter by operation of the Court's electronic filing system. Parties and interested persons may access this filing through the Court's system.