United States District Court
District of Maryland

**Chambers of**
**William D. Quarles, Jr.**
**United States District Judge**

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

August 9, 2004

TO COUNSEL OF RECORD

    Re:  SEC v. William F. Mahon, et al.
         Civil No. WDQ 00-2918

Dear Counsel:

    This letter will confirm that a hearing on plaintiff's Motion for Leave to Amend the Complaint has been scheduled for **Monday, August 16, 2004 at 3:00 p.m.**  The hearing will be held by telephone and plaintiff's counsel will initiate the call.

                      Very truly yours,

                      /s/

                      William D. Quarles, Jr.
                      United States District Judge