UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION

    Plaintiff,

v.

WILLIAM F. MAHON, ET. AL.

    Defendants.

CIVIL ACTION
FILE NO. S 00 CV 2918

Judge William D. Quarles

### ORDER GRANTING SEC'S MOTION TO STAY DISPOSITIVE MOTIONS DEADLINE

UPON CONSIDERATION of the SEC's *Motion To Stay Dispositive Motions Deadline or In the Alternative to Extend Deadline by 60 Days* and Jupiter's opposition thereto, it is this _16th_ day of _August_ 2004 by the United States District Court for the District of Maryland, hereby:

ORDERED, that the SEC's Motion be and hereby is GRANTED; and it is further,

ORDERED, that the dispositive motions deadline is STAYED; and it is further,

ORDERED, that the SEC shall provide notice to the court upon the expiration of the deadline for the filing of responsive pleadings by the relief defendants, requesting that a new dispositive motions deadline be scheduled.

SO ORDERED.

_____
Judge, United States District Court
for the District of Maryland

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2004 AUG 16 P 3 21
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY