UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION

    Plaintiff,

v.

WILLIAM F. MAHON, ET. AL.

    Defendants.

CIVIL ACTION
FILE NO. S 00 CV 2918

Judge William D. Quarles

### ORDER GRANTING PLAINTIFF SEC'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND TO SHORTEN TIME FOR FILING OF ANSWERS BY THE PROPOSED RELIEF DEFENDANTS

UPON CONSIDERATION of Plaintiff SEC's *Motion for Leave to File First Amended Complaint and to Shorten Time for Filing of Answers by the Proposed Relief Defendants* and Defendant's objection thereto, it is this __16th__ day of __August__, 2004, by the United States District Court for the District of Maryland:

ORDERED, that Plaintiff SEC's Motion be, and hereby is, GRANTED; and it is further,

ORDERED, that the Clerk of the Court shall accept for filing as of the date of this Order the SEC's First Amended Complaint; and it is further,

ORDERED, that the relief defendants shall have 45 days from the date of service of the First Amended Complaint to file answers, whether service is waived or not.

Order Granting Plaintiff SEC's Motion for Leave to File First Amended Complaint and to Shorten Time for Filing of Answers by the Proposed Relief Defendants – **Page 2**

SO ORDERED

_____
Judge, United States District Court
for the District of Maryland