# United States District Court
### DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM D. QUARLES, JR.
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
410-962-0946
410-962-0868 (FAX)
MDD_WDQCHAMBERS@MDD.USCOURTS.GOV

August 16, 2004

TO COUNSEL OF RECORD:

    Re: SEC v. Mahon, WDQ-00-2918

Dear Counsel:

    At the August 16, 2004 telephone motions hearing, I set the following schedule. The SEC's status letter is due November 15, 2004.

    Despite its informality, this letter is an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

William D. Quarles, Jr.
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2004 AUG 17 A 10:33
CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY