AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE District of MARYLAND, NORTHERN DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION, Plaintiff,

V.

WILLIAM F. MAHON, et al., Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CIVIL ACTION FILE NO. 00 CV 2918 WDQ

TO: (Name and address of Defendant)

DEREK R. JUPITER
Marine Corps Air Station
c/o Joint Law Center
Building 1211
Yuma, Arizona  85369-9126

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Carolann Gemski, Esq.
United States Securities and Exchange Commission
175 W. Jackson Boulevard, Suite 900
Chicago Illinois  60604-2615
(312) 353-7390

an answer to the complaint which is herewith served upon you, within ____45____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon                                        9/17/04
_____          _____
CLERK                                                           DATE

Mary C. Boyle
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ G  Served personally upon the third-party defendant. Place where served: _____

☐ G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ G  Returned unexecuted: _____

☐ G  Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
            Date                Signature of Server

                                _____
                                Address of Server

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.