# Affidavit of Process Server

**SEC** vs **William F Mahan**   **00CV2918**
PLAINTIFF/PETITIONER — DEFENDANT/RESPONDENT — CASE #

Being duly sworn, on my oath, I _____,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Sean Jupiter**
NAME OF PERSON/ENTITY BEING SERVED
with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ **Summons / SEC. First Amended Complaint for Permanent Injunction & Other Equitable Relief**

by serving (NAME) **Sean Jupiter**
at ☒ Home **100 Hawthorne Drive, Fairfield, CA 94533**
☐ Business _____
☒ on (DATE) **09/26/04** at (TIME) **5:40 PM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☒ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Evading   ☐ Other: _____
☐ Address Does Not Exist   ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) _____ DATE TIME, ( ) _____ DATE TIME
( ) _____ DATE TIME, ( ) _____ DATE TIME, ( ) _____ DATE TIME

**Description:**
☐ Male ☐ White Skin ☒ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☐ Female ☐ Black Skin ☐ Brown Hair ☐ Balding ☒ 21-35 Yrs. ☐ 5'0"-5'3" ☐ 100-130 Lbs.
☐ Yellow Skin ☐ Blond Hair ☐ 36-50 Yrs. ☐ 5'4"-5'8" ☐ 131-160 Lbs.
☐ Brown Skin ☐ Gray Hair ☐ Mustache ☐ 51-65 Yrs. ☒ 5'9"-6'0" ☒ 161-200 Lbs.
☐ Glasses ☐ Red Skin ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois   County of Cook
Subscribed and sworn to before me,
a notary public, this ____ day of _____, 20 ____

SERVED BY **Fidel Moralez**
LASALLE PROCESS SERVERS   Solano #283

NOTARY PUBLIC



CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

State of California
County of San Mateo } ss.

Subscribed and sworn to before me on 09-26-04.

NOTARY SEAL

ROBERT DOLLEN
COMM. #1358851
Notary Public-California
SAN MATEO COUNTY
My Comm. Exp. May 31, 2006

_____
Notary Signature

Robert Dollen
(Typed Name of Notary)