AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| FOR THE | District of | MARYLAND, NORTHERN DIVISION |
|---|---|---|

UNITED STATES SECURITIES AND EXCHANGE
COMMISSION, Plaintiff,

V.

WILLIAM F. MAHON, et al.
Defendants.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:  WDQ 00 CV 2918

TO: (Name and address of Defendant)

Barbara Jupiter
Nassau, Bahamas

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Carolann Gemski, Esq.
United States Securities and Exchange Commission
175 W. Jackson, Boulevard, Suite 900
Chicago, IL 60604-2615
(312) 353-7390

an answer to the complaint which is served on you with this summons, within _____45_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon

10/27/04

DATE

CLERK

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE | District of | MARYLAND, NORTHERN DIVISION

UNITED STATES SECURITIES AND EXCHANGE
COMMISSION, Plaintiff,

V.

WILLIAM F. MAHON, et al.
Defendants.

### SUMMONS IN A CIVIL ACTION

CASE NUMBER: WDQ 00 CV 2918

TO: (Name and address of Defendant)

Robert Coen (a minor)
Nassau, Bahamas

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Carolann Gemski, Esq.
United States Securities and Exchange Commission
175 W. Jackson, Boulevard, Suite 900
Chicago, IL 60604-2615
(312) 353-7390

an answer to the complaint which is served on you with this summons, within _____ 45 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon

CLERK

(By) DEPUTY CLERK

DATE 10/27/04

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| FOR THE | District of | MARYLAND, NORTHERN DIVISION |

UNITED STATES SECURITIES AND EXCHANGE
COMMISSION, Plaintiff,

V.

WILLIAM F. MAHON, et al.,
Defendants.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:   WDQ 00 CV 2918

TO: (Name and address of Defendant)

Jillian Coen (a minor)
Nassau, Bahamas

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Carolann Gemski, Esq.
United States Securities and Exchange Commission
175 W. Jackson, Boulevard, Suite 900
Chicago, IL  60604-2615
(312) 353-7390

an answer to the complaint which is served on you with this summons, within _____45_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon

10/27/04

CLERK                                         DATE

_Mary C Boyle_

(By) DEPUTY CLERK