

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
MIDWEST REGIONAL OFFICE
SUITE 900
175 WEST JACKSON BOULEVARD
CHICAGO, ILLINOIS 60604

TELEPHONE: (312) 353-0512
FACSIMILE: (312) 353-7398

November 15, 2004

**Via Electronic Filing**
The Honorable William D. Quarles, Jr.
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

      Re:    <u>SEC v. William F. Mahon, Dean J. Jupiter et al.</u>, Civil Case No. WDQ-00-2918

Dear Judge Quarles,

      This correspondence is submitted pursuant to your August 16, 2004 Order requiring that we file a status report today. On August 16th, you held a motions hearing at which you granted us leave to file an amended complaint to add six relief defendants, and you ordered that the relief defendants file answers within 45 days of service. Additionally, you granted our request to stay the deadline for filing of dispositive motions.

      The current status is that we have served copies of the summons and amended complaints on three of the relief defendants: Sean, Lee, and Derek Jupiter. Lee Jupiter waived service effective October 12th. Sean Jupiter and Derek Jupiter were served on September 23rd and October 26th, respectively. Following service, we were notified by M. Daniel Hughes, Esq. that he will be representing these three relief defendants. On November 12th, Mr. Hughes sent us an e-mail with a copy of the relief defendants' Answer, which he said he expected to file after becoming admitted pro hac vice. The docket entries do not reflect that Mr. Hughes has entered his appearance.

      We believe that the remaining three relief defendants, who are Defendant Dean J. Jupiter's wife and two minor stepchildren, are living in the Bahamas. We have retained foreign counsel in the Bahamas to locate and serve these three relief defendants. If foreign counsel is unsuccessful in personally serving these relief defendants, then we anticipate petitioning the court for leave to serve them by alternative means. We expect to know within 60 days whether such leave will be necessary, and we would suggest that another status letter be ordered due on January 15, 2005.

Sincerely,

Carolann Gemski
Senior Attorney
Division of Enforcement

cc:     Via electronic filing to Allan M. Lerner, Esq. and via e-mail to M. Daniel Hughes, Esq.