ORIGINAL

FEE PAID
FEE NOT PAID
(SEND LETTER)

FILED ENTERED
JAN 2005
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND    DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

United States Securities and Exchange Commission

Plaintiff(s)

vs.

William F. Mahon, et al.,

Defendant(s)

Case No.: 00-cv-2918

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Paul M. Vettori, am a member in good standing of the bar of this Court. My bar number is 00122. I am moving the admission of M. Daniel Hughes to appear *pro hac vice* in this case as counsel for Relief Defendants, Sean Jupiter, Derek Jupiter and Lee Jupiter

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Supreme Court of Florida | 1980 |
| Supreme Court of Georgia | 1980 |
| U.S. Court of Appeals for the Fifth Circuit | 1980 |
| U.S. District Court for the Southern District of Florida | 1980 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court -0- times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules



of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

8.  The completed Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| Paul M. Vettori | M. Daniel Hughes |
|  | Printed Name |
| Kenny & Vetttori, LLP | M. Daniel Hughes, P.A. |
| Firm | Firm |
| 502 Washington Avenue, Suite 720, Towson, Maryland 21204 | 1000 North Federal Highway, Building Two South, Suite 200, Fort Lauderdale, Florida 33304 |
| Address | Address |
| 410-825-1050 | 954-566-3390 |
|  | Telephone Number |
| 410-583-4660 | 954-561-1244 |
| Fax Number | Fax Number |

****************************************************************************

### ORDER

☑ GRANTED     ☐ DENIED

1-14-05                    Felicia C. Cannon
Date                       Clerk, United States District Court
                           by *[signature] Lisa Stawcow*