UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION** : <br> : <br> **Plaintiff,** : <br> : <br> v.  : <br> : <br> **WILLIAM F. MAHON, ET. AL.** : <br> : <br> **Defendants.** : <br> : | CIVIL ACTION <br> FILE NO. S 00 CV 2918 <br><br> Judge William D. Quarles |

### Affidavit of Duane N. Ware

I, Duane N. Ware, having been duly sworn, being over eighteen years of age, having personal knowledge of the facts sworn to herein, and being competent to testify as a witness, depose and state as follows:

1. I am an investigator with the United States Securities and Exchange Commission. As part of my duties, I conduct information searches to locate individuals using various databases. At the request of Carolann Gemski, an attorney representing the Securities and Exchange Commission in the above action, I conducted such a search using the Social Security Number assigned to Barbara Jupiter (formerly "Coen").

3. As a result of my search, I located a Post Office Box in Miami, Florida, associated with the Social Security Number assigned to Barbara Jupiter (formerly "Coen") from at least January 2004 through today. The Post Office Box number is 25635. I contacted the United States Postal Office for Miami, 33102, and was informed that Post Office Box 25635 is leased to Trans Express, Inc., a company that is in the business of forwarding mail to locations outside the United States.



4. I contacted Trans Express, Inc. and confirmed that they are in the business of receiving and redistributing mail outside of the United States. I also confirmed (a) that they lease Post Office Box 25635, and (b) that as of February 11, 2005, Barbara Jupiter/Coen is a current client of theirs who would receive mail at that Post Office Box. Trans Express, Inc. explained that each destination to which they receive mail for forwarding has a separate Post Office Box. Trans Express, Inc. identified Post Office Box 25635 as being designated for items to be rerouted to Costa Rica.

                                                                                     Duane N. Ware

Sworn and subscribed to before me
on this 11th day of February, 2005.

_____
NOTARY PUBLIC

My Commission Expires 9-20-08



"OFFICIAL SEAL"
ANGELA SAVAGE
NOTARY PUBLIC STATE OF ILLINOIS
COMMISSION EXPIRES 09/20/08

2