

## APOSTILLE
### (Convention de La Hague du 5 Octobre 1961)

Country: **COMMONWEALTH OF THE BAHAMAS**

This public document

has been signed by       **SHARLYN WILSON**

acting in the capacity of       **NOTARY PUBLIC**

**COMMONWEALTH OF THE BAHAMAS**

bears the seal       **SHARLYN WILSON**

**NASSAU, NEW PROVIDENCE, THE BAHAMAS**

**CERTIFIED**

at **NASSAU**       6.       **8TH FEBRUARY, 2005**

**CARLTON LEROY WRIGHT, UNDER SECRETARY**

**MINISTRY OF FOREIGN AFFAIRS**

No. 0436 /2005

10: Signature

*[signature]*

**UNDER SECRETARY**

C

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION

       Plaintiff,

       v.

WILLIAM F. MAHON, ET. AL.

       Defendants.

: CIVIL ACTION
: FILE NO. S 00 CV 2918
:
: Judge William D. Quarles

## AFFIDAVIT

**I, APRIL N. TURNER**, Attorney at Law of the Western District of the Island of New Providence one of the Islands of the Commonwealth of the Bahamas ("the Commonwealth") make oath and say as follows:-

1. I am over the age of 18 and competent to testify to the matters contained in this Affidavit.

2. That I am an Associate with the law firm of Messrs. McKinney, Bancroft & Hughes, located in the Commonwealth and I am duly authorized to make this Affidavit.

3. On or about the 1st day of November, 2004 I was retained by the United States Securities and Exchange Commission to locate and serve legal documents on Barbara Jupiter (formerly Coen), Jillian Coen and Robert Coen within the jurisdiction of the Commonwealth of The Bahamas.

4. I retained Mr. Jack Davis, Provost Marshall and Process Server to locate the individuals as well as instructing members of the firm to ascertain the individuals' location. I specifically instructed Camelio Dorsett to attend at the Company's Registry to ascertain whether Barbara Jupiter/Coen was in their data base. I also instructed Sherrell Hanna to conduct a search at the Supreme Court Registry to ascertain whether any action was commenced in the Supreme Court by or against Barbara Jupiter/Coen.

5. I have personally conducted a search at the following local private high schools to determine whether Robert Coen/Jupiter and/or Jillian Coen/Jupiter are enrolled at the institutions:-

    i.    St. Andrew's School

    ii.    Queen's College

    iii.    St. Augustine's College

    iv.    St. John's College

-2-

  v.  St. Anne's School

6. Neither Jillian Coen/Jupiter or Robert Coen/Jupiter were known to the school and were not enrolled at the above institutions.

7. The contents of this Affidavit are correct and true.

**SWORN AT** Nassau, New     )
Providence this ⟨4⟩ day of   )
February, 2005       )
              ) [signature]
              **BEFORE ME**

                  [signature]
                 **NOTARY PUBLIC**