

## APOSTILLE
### (Convention de La Hague du 5 Octobre 1961)

Country: _____ **COMMONWEALTH OF THE BAHAMAS** _____
**This public document**

has been signed by _____ SHARLYN WILSON _____

acting in the capacity of _____ NOTARY PUBLIC _____

_____ **COMMONWEALTH OF THE BAHAMAS** _____

bears the seal _____ SHARLYN WILSON _____

_____ **NASSAU, NEW PROVIDENCE, THE BAHAMAS** _____

**CERTIFIED**

**at NASSAU**                     6.        8TH FEBRUARY , 2005 _____

_____ **CARLTON LEROY WRIGHT, UNDER SECRETARY** _____

_____ **MINISTRY OF FOREIGN AFFAIRS** _____

No. __0435__ **/2005**

10: **Signature**

D

**UNDER SECRETARY**
**MINISTRY OF FOREIGN AFFAIRS**

## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION** : | |
| **Plaintiff,** : | |
| : | CIVIL ACTION |
| **v.** : | FILE NO. S 00 CV 2918 |
| : | |
| **WILLIAM F. MAHON, ET. AL.** : | Judge William D. Quarles |
| : | |
| **Defendants.** : | |

### *AFFIDAVIT*

    *I, CAMELIO DORSETT* of the Southern District of the Island of the New Providence one of the Islands of the Commonwealth of the Bahamas ("the Commonwealth") make oath and say as follows:-

1.    That I am over the age of 18 and competent to testify to the matters contained in this Affidavit.

2.    That I am a Paralegal employed at Messrs. McKinney, Bancroft & Hughes located in the Commonwealth and I make this Affidavit on their behalf.

2.    That on the 4th January, 2005 I was instructed by Mrs. April N. Turner, Attorney at Law of Messrs. McKinney, Bancroft & Hughes to conduct a search at the Company Registry a government department where records of all companies incorporated in the Bahamas are lodged on the following persons namely:-

    i.    Barbara Jupiter,

    ii.    Jillian Coen/Jupiter

    iii.    Robert Coen / Jupiter

3.    I have conducted the searches as requested and there is no record lodged in the Company Registry

- 2 -

relating any of the above individuals.

4.    The contents of this Affidavit are correct and true.


**SWORN AT** Nassau, New                    )
                                             )
Providence this    4th    day of            )
                                             )
February, 2005                              ).......................................

                                            **BEFORE ME**

                                            **NOTARY PUBLIC**