

# APOSTILLE
(Convention de La Hague du 5 Octobre 1961)

1. **Country:** **COMMONWEALTH OF THE BAHAMAS**
   **This public document**

2. **has been signed by** SHARLYN WILSON

3. **acting in the capacity of** NOTARY PUBLIC

   **COMMONWEALTH OF THE BAHAMAS**

4. **bears the seal** SHARLYN WILSON

   **NASSAU, NEW PROVIDENCE, THE BAHAMAS**

   **CERTIFIED**

5. **at NASSAU**        6.   8TH FEBRUARY, 2005

7. **CARLTON LEROY WRIGHT, UNDER SECRETARY**

   **MINISTRY OF FOREIGN AFFAIRS**

No. 0440 /2005

9. Seal:         10: Signature

   *[signature]*

   **UNDER SECRETARY**
   **MINISTRY OF FOREIGN AFFAIRS**

E

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION  Plaintiff,  v.  WILLIAM F. MAHON, ET. AL.  Defendants. | : : : : : : CIVIL ACTION : FILE NO. S 00 CV 2918 : : Judge William D. Quarles : : : |

## AFFIDAVIT

**I, SHERRELL HANNA,** of the Southern District of the Island of the New Providence one of the Islands of the Commonwealth of the Bahamas ("the Commonwealth") make oath and say as follows:-

1. I am over the age of 18 and competent to testify to the matters contained in this Affidavit.

2. That I am employed at Messrs. McKinney, Bancroft & Hughes as a Search Clerk and I am duly authorized to make this Affidavit.

3. That on the 8th December, 2004 I was instructed by Mrs. April N. Turner, Attorney at Law of Messrs. McKinney, Bancroft & Hughes to conduct an asset and a cause list search on Barbara Jupiter formerly Coen.

4. I have conducted the search as requested and there is no record in the Registry of Records of Barbara Jupiter formerly Coen owning any property or having a mortgage in The Bahamas. Further neither is she a party to any action filed in the Supreme Court of the Bahamas.

5. The contents of this Affidavit are correct and true.

*SWORN AT* Nassau, New           )
                                  )
Providence this  4th  day of      )
                                  )
February, 2005                    )...............................

**BEFORE ME**

*NOTARY PUBLIC*