# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

|  |  |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION** | : |
| **Plaintiff,** | : |
|  | : CIVIL ACTION |
| **v.** | : FILE NO. S 00 CV 2918 |
| **WILLIAM F. MAHON, ET. AL.** | : Judge William D. Quarles |
| **Defendants.** | : |

## *AFFIDAVIT*

*I JACK DAVIS, PROVOST MARSHALL* of the Southern District of the Island of the New Providence one of the Islands of the Commonwealth of the Bahamas make oath and say as follows:-

1.     I am a Process Server over the age of 18 and competent to testify to the matters contained in this Affidavit.

2.     That on the 30th November, 2004 I was instructed by Mrs. April N. Turner, Attorney at Law of Messrs. McKinney, Bancroft & Hughes to ascertain the location of the following persons within the Commonwealth of the Bahamas ("the Commonwealth") namely:-

     i.      Barbara Coen/Jupiter,

     ii.     Jillian Coen/Jupiter

     iii.    Robert Coen/Jupiter

3.     As part of my investigation, I caused a search to be made at the following places in the Commonwealth:-

     i.      Department of Immigration

     ii.     The National Insurance Board

     iii.    Department of Road Traffic



4.      There is no record of any of the individuals having a resident permit or work permit issued by the Department of Immigration to reside legally in the Bahamas.  Further for the past year there is no record of any of them entering Nassau on a visitors permit.

5.      There is also no record of the individuals making any contributions to The National Insurance Board, neither has any of them obtained a drivers licence within the said Commonwealth.

6.      The contents of this Affidavit are correct and true.


***SWORN AT*** Nassau, New                    )

Providence this ⁊ᵗʰ day of                    )

February, 2005                                )  *Jack Davis*

                                              **BEFORE ME**

                                              **NOTARY PUBLIC**