1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. WDQ-00-2918

UNITED STATES SECURITIES and
EXCHANGE COMMISSION,

        Plaintiff,

vs.

WILLIAM F. MAHON and
DEAN J. JUPITER,

        Defendants.
_____/

COPY

Wednesday, May 5, 2004
500 E. Broward Boulevard
Suite 700
Fort Lauderdale, Florida
9:44 a.m. to 1:13 p.m.


DEPOSITION OF LAWRENCE W. LEGEL


Taken before Darline M. West, Registered Professional Reporter, Notary Public in and for the State of Florida At Large, pursuant to Notice of Taking Deposition filed by the Plaintiffs in the above cause.

- - -

```
 1  APPEARANCES:

 2
        UNITED STATES SECURITIES
 3      AND EXCHANGE COMMISSION
        175 W. Jackson Boulevard
 4      Suite 900
        Chicago, Illinois  60604
 5      Phone:  (312) 353-7390
        By:  CAROLANN GEMSKI, ESQ.
 6           and PAUL A. MONTOYA, ESQ.
        On behalf of the Plaintiffs
 7


 8      LAW OFFICES OF ALAN M. LERNER
        2888 East Oakland Park Boulevard
 9      Fort Lauderdale, Florida  33306
        Phone:  (954) 563-8522
10      By:   ALLAN M. LERNER, ESQ.
        On behalf of the Defendant,
11      Dean J. Jupiter

12
        M. DANIEL HUGHES, P.A.
13      3000 North Federal Highway
        Building Two, Suite 200
14      Fort Lauderdale, Florida  33306
        Phone:  (954) 566-3390
15      By:  M. DANIEL HUGHES, ESQ.
        On behalf of the witness,
16      LAWRENCE W. LEGEL

17                    - - -
                    I N D E X
18
    WITNESS:  DEAN J. JUPITER
19
                                          PAGE:LINE
20  DIRECT EXAMINATION
    BY MS. GEMSKI............................ 4:5
21  DIRECT EXAMINATION (Continued)
    BY MR. MONTOYA........................... 128:6
22

23                  E X H I B I T S

                                          PAGE:LINE
24
25  Plaintiff's Exhibit 1..................... 90:4
```

```
 1  THEREUPON,
 2              LAWRENCE W. LEGEL,
 3  called as a witness on behalf of the Plaintiff,
 4  herein, having been first duly sworn was examined
 5  and testified as follows:
 6          THE WITNESS:  Yes, I do.
 7          MS. GEMSKI:  We are on the record at
 8      9:44 a.m. on Wednesday, May 5th.  My name is
 9      Carolann Gemski.  With me is Paul Montoya.
10      I'm an attorney and Paul is a branch chief
11      with the Division of Enforcement of the
12      United States Securities and Exchange
13      Commission.
14          Madam Court Reporter, can you please
15      identify yourself for the record?
16          THE COURT REPORTER:  My name is
17      Darline West.  I work for the firm of
18      Veritext in Miami, Florida.
19          MS. GEMSKI:  We are here for the purpose
20      of taking the deposition of Larry Legel in
21      the matter of SEC versus William F. Mahon and
22      Dean J. Jupiter, Case No. 00 CV 2918 in the
23      United States District Court for the District
24      of Florida.
25  THEREUPON,
```

4

1         LAWRENCE W. LEGEL,
2  called as a witness on behalf of the Plaintiff
3  herein, having been first duly sworn, was
4  examined and testified as follows:
5              DIRECT EXAMINATION
6  BY MS. GEMSKI:
7       Q.   Mr. Legel, would you please identify
8  yourself for the record.
9       A.   My name is Lawrence W. Legel, a/k/a
10 Larry Legel.
11      Q.   Mr. Legel, you are represented by
12 counsel today; is that correct?
13      A.   That is correct.
14           MS. GEMSKI:  Counsel, if you could
15      identify yourself for the record.
16           MR. HUGHES:  M. Daniel Hughes.
17           MS. GEMSKI:  I'll also note for the
18      record present at this deposition also is
19      counsel for Dean J. Jupiter.  If you could
20      identify yourself for the record.
21           MR. LERNER:  Sure.  Allan Lerner on
22      behalf of Dean Jupiter.
23           MS. GEMSKI:  And I will note for the
24      record, Madam Court Reporter, you swore the
25      witness before we went on the record.  If you

1  that meeting took place?
2  A. I'm not sure I entered it because I
3  believe he called me sort of the last minute and
4  asked me if I could meet him for lunch. I think
5  it was about January 15th. Right about the
6  middle of the month.
7  Q. And what did you discuss at that lunch?
8  A. That he was leaving and that he
9  wouldn't be seeing me anymore.
10 Q. And what did he tell you in that
11 regard?
12 A. He told me that he was moving, that he
13 had sold his house and that he was moving, and
14 that I should take my directions in the future
15 from Dan Hughes, and that whatever work I needed
16 to do on his behalf, to pass it through the
17 system and he would make sure I got paid for it.
18 Q. When you say "pass it through the
19 system," what does that mean?
20 A. I didn't know whether I was going to
21 give a bill to Dan Hughes or Alan Cole, but one
22 or the other, I would presume, would pay me.
23 They would guarantee I would be paid. He
24 guaranteed that I would be paid. He said, "I'll
25 pay you to do the work, and let me know.