**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

|  |  |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION** | : : : : |
| **Plaintiff,** | : : |
| **v.** | : CIVIL ACTION : FILE NO. S 00 CV 2918 : |
| **WILLIAM F. MAHON, ET. AL.** | : Judge William D. Quarles : |
| **Defendants.** | : : |

**Order Granting Plaintiff's Motion for Alternative Service on**
**Relief Defendants Barbara Jupiter, Jillian Coen, and Robert Coen**
**and to Extend Time to Effectuate Service of Process Nunc Pro Tunc**

UPON CONSIDERATION of the SEC's *Motion for Alternative Service on Relief Defendants Barbara Jupiter, Jillian Coen, and Robert Coen and to Extend Time To Effect Service of Process Nunc Pro Tunc* and any opposition thereto, it is this _____ day of _____, 2005, by the United States District Court for the District of Maryland, hereby:

ORDERED, that the SEC's Motion be and hereby is, GRANTED, and it is further,

ORDERED, that the SEC may effectuate service of process on Relief Defendants Barbara Jupiter and her two minor children, Jillian and Robert Coen (the Relief Defendants), by by (1) the mailing and faxing of a copy of the complaint and summons (and this Court's Order for Alternative Service) to Alan Cole, Trustee, Sterling Management Ltd., PO Box N9934, 2nd Floor, Ansbacher House, Nassau, New Providence, Bahamas, Fax 242-325-8445, (2) mailing a copy of the summons and complaint (and this Court's Order for Alternative Service) to the

Jupiter family's last known address, 112 Sweet Bay Circle, Jupiter, Florida, 33458, (3) mailing a copy of the summons and complaint (and this Court's Order for Alternative Service) to Post Office Box 25635, Miami, FL 33102, and (4) by leaving a copy of summons and complaint (and this Court's Order for Alternative Service) with Trans Express, Inc., 7801 NW 37th Street, Miami FL 33166, and it is further,

ORDERED, that the deadline for effectuating service of process on the Relief Defendants is extended by 120 days *nunc pro tunc* to December 14, 2004.

SO ORDERED.

_____
Judge, United States District Court
for the District of Maryland