UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION** | : |
| **Plaintiff,** | : |
| v. | : CIVIL ACTION |
| | : FILE NO. S 00 CV 2918 |
| **WILLIAM F. MAHON, ET AL.** | : Judge William D. Quarles |
| **Defendants,** | : |

### AFFIDAVIT OF ALTERNATIVE SERVICE

I, **Ellen M. Lynch**, being first duly sworn, hereby depose and state as follows:

1. I am employed as a Legal Tech at the U.S. Securities and Exchange Commission, Midwest Regional Office, located at 175 W. Jackson Boulevard, Suite 900, Chicago, Illinois 60604.

2. At the request of Carolann Gemski, Esq., I sent copies of the following documents as outlined in Paragraph 3 below:

   (a.) UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S FIRST AMENDED COMPLAINT FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF,

   (b.) SUMMONS issued to Barbara Jupiter,

   (c.) SUMMONS issued to Jillian Coen (a minor),

   (d.) SUMMONS issued to Robert Coen (a minor), and

   (e.) ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE ON RELIEF DEFENDANTS BARBARA JUPITER, JILLIAN COEN, AND ROBERT COEN AND TO EXTEND TIME TO EFFECTUATE SERVICE OF PROCESS *NUNC PRO TUNC*.

3. Pursuant to the *Order Granting Plaintiff's Motion for Alternative Service,* I served the above documents in the following manner:

(a.) By faxing one copy of all of the documents to: Alan Cole, Trustee, Sterling Management Ltd., at Telefax No. (242) 325-8445 at 12:17 p.m. on 3/14/05.

(b.) By sending one copy of all of the documents on 3/21/05 via Federal Express International Priority Service to:

> Alan Cole, Trustee,
> Sterling Management Ltd.
> P.O. Box N9934
> 2nd Floor
> Ansbacher House
> Nassau, New Providence Island
> The Bahamas

(c.) By placing one copy of all of the documents in a envelope with first class postage paid and depositing it in the U.S. mailroom in the lobby of 175 W. Jackson, Chicago, IL 60604 on 3/15/05 at 4:51 p.m. The envelope was addressed to:

> Barbara Jupiter
> Post Office Box 25635
> Miami, FL 33102

(d.) By placing one copy of all of the documents in a envelope with first class postage paid and depositing it in the U.S. mailroom in the lobby of 175 W. Jackson, Chicago, IL 60604 on 3/15/05 at 4:51 p.m. The envelope was addressed to:

> Barbara Jupiter
> 112 Sweet Bay Circle
> Jupiter, Florida 33458

(e.) By sending one copy of all of the documents on 3/15/05 via Federal Express Priority Overnight Service to:

> Mr. Bob Fisher
> Professional Process Servers & Investigators, Inc.
> 1749 NE 26 Street, Suite C
> Fort Lauderdale, FL 33305

with instructions to hand-deliver the envelope enclosed therein which was labeled:

**HAND DELIVERED TO:**
Trans Express, Inc.
7801 NW 37th Street
Miami FL 33166

***PLEASE FORWARD TO:***
*Barbara Jupiter*
Post Office Box 25635
Miami, Florida 33102

4.  Attached is the Affidavit of Service received from Professional Process Servers & Investigators, Inc. reflecting service upon Gloria M. Quintara at Trans Express, Inc., 7801 N.W. 37th Street, Miami, FL 33166 on March 16, 2005 at 12:00 p.m.

_April 11, 2005_
DATE

_Ellen M. Lynch_
ELLEN M. LYNCH

COUNTY OF COOK           )
                         )
STATE OF ILLINOIS        )

Subscribed and sworn to before me this _11th_ day of _April_, 2005

_Lynette Nichols Newman_
NOTARY PUBLIC

My Commission expires: _8/18/05_

"OFFICIAL SEAL"
LYNETTE NICHOLS NEWMAN
COMMISSION EXPIRES 08/18/05

# AFFIDAVIT OF SERVICE

## HAND DELIVERY

Case Number: WDQ-00-2918

Plaintiff:
**UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**
vs.
Defendant:
**WILLIAM F. MAHON and DEAN J. JUPITER,**

For:
Carolann Gemski, Esquire
SECURITIES AND EXCHANGE COMMISSION
175 West Jackson Blvd
Suite 900
Chicago, IL 60604

Received by Professional Process Servers on the 15th day of March, 2005 at 9:00 am to be served on **TRANS EXPRESS INC., 7801 N.W. 37TH STREET, MIAMI, FL 33166.**

I, Kenneth Dale Mullins, being duly sworn, depose and say that on the **16th day of March, 2005** at **12:00 pm**, I:

DELIVERED this **HAND DELIVERY** to the within named address.

Additional Information pertaining to this Service:
DELIVERED AN ENVELOPE TO GLORIA M. QUINTARA AT TRANS EXPRESS.

I am over the age of eighteen, and have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true.



C. RODRIGUEZ
MY COMMISSION # DD 377095
EXPIRES: December 5, 2008
Bonded Thru Budget Notary Services

Subscribed and Sworn to before me on the 18th day of March, 2005 by the affiant who is personally known to me.

NOTARY PUBLIC

Kenneth Dale Mullins
Process Server

Professional Process Servers
& Investigators, Inc.
1749 N.E. 26th Street, Suite C
Wilton Manors, FL 33305
(954) 566-2523
Our Job Serial Number: 2005005495