UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

U.S. Securities & Exchange Commission,

        Plaintiff,           CASE No. S 00 CV 2918
                                        Judge William D. Quarles

vs.

William F. Mahon and
Dean J. Jupiter,

        Defendants.
_____/

**AGREED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE PLAINTIFF'S MOTION TO REQUEST DISPOSITION BY MOTION AND ENTER FINAL JUDGMENT SETTING DISGORGEMENT, CIVIL PENALTY, AND PREJUDGEMENT INTEREST AND A REPARTRIATION ORDER AGAINST DEAN J. JUPITER**

    The Defendant, Dean J. Jupiter ("Jupiter"), by and through his undersigned counsel, moves this Court to enter an Order for Enlargement of Time as set forth herein:

1. On May 2, 2005, the Plaintiff Securities & Exchange Commission ("SEC") filed a Motion to Request Disposition by Motion and Enter Final Judgment Setting Disgorgement, Civil Penalty, and Prejudgement Interest and a Repartriation Order Against Dean J. Jupiter.

2. Additional time is necessary for the Defendant to prepare a Response to that Motion due to the complexity of the issues.

3. By granting this enlargement, the Court will give the parties an opportunity to try and reconcile their differences with respect to this Motion.

4. The SEC has stated that it has no objection to an enlargement until Thursday, May 27, 2005, by mail, within which to respond to the SEC motion.

5. Defendant Jupiter therefore requests a ten (10) day extension until Thursday, May 27,

2005 (by mail) to respond, which should provide the Defendant sufficient time to respond to the SEC's Motion.

### Memorandum of Law in Support

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the Court may enlarge the time for a Defendant to respond to a Plaintiff's Complaint beyond the period specified by the Federal Rules. The relief sought by this Motion will not prejudice either party to this action, since the SEC has consented.

**WHEREFORE**, the Defendant respectfully requests an enlargement of time to respond to the SEC's motion to and including (by mail) May 27, 2005.

### Certificate Pursuant to Local Rule 105.9 of the District of Maryland

Pursuant to Local Rule 105.9, the undersigned certifies that he has consulted with opposing counsel in a good faith attempt to reach a resolution of this motion, and Plaintiff's counsel has indicated his consent to this Motion and to the entry of the [Proposed] Order for Enlargement of Time attached hereto as Exhibit "A".

By: /s/ Allan M. Lerner
Allan M. Lerner (FBN 196681)

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion has been filed, pursuant to Fed. R. Civ. P. 5(a), electronically this 10th day of May, 2005. Notice of this filing will be sent electronically to Carolann Gemski, counsel for Plaintiff Securities and Exchange Commission by operation of the Court's electronic filing system. Parties and interested persons may access this filing through the Court's system.

Allan M. Lerner, P.A.
2888 E. Oakland Park Blvd.
Fort Lauderdale, FL 33306
Tel:(954)563-8111
Fax:(954)563-8522

By: /s/ Allan M. Lerner
Allan M. Lerner
FBN 196681

## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## NORTHERN DIVISION

U.S. Securities & Exchange Commission,

       Plaintiff,                        CASE No. S 00 CV 2918
                                               Judge William D. Quarles

vs.

William F. Mahon and
Dean J. Jupiter,

       Defendants.
_____/

**AGREED ORDER FOR ENLARGEMENT OF TIME**

     **THIS CAUSE** having come on to be heard before the Court on the Defendant's Motion for Enlargement of Time for relief from the obligation to respond to the Plaintiff's Motion to Request Disposition by Motion and Enter Final Judgment Setting Disgorgement, Civil Penalty, and Prejudgement Interest and a Repartriation Order Against Dean J. Jupiter, and the Court having reviewed the Motion and Memorandum in Support, and being otherwise fully advised in the premises, accordingly, after due consideration thereof,

     **IT IS HEREBY ORDERED THAT** the time for Defendant's response to the Plaintiff's Motion to Request Disposition by Motion and Enter Final Judgment Setting Disgorgement, Civil Penalty, and Prejudgement Interest and a Repartriation Order Against Dean J. Jupiter is extended to and including May 27, 2005, by mail.

     **IT IS SO ORDERED**, this _____ day of _____, 2005.

                                                                        _____
                                                                        Judge, United States District Court
                                                                        For the District of Maryland

*Copies furnished*:
Allan M. Lerner, P.A.
Carolann Gemski, Esq.         M. Daniel Hughes, P.A.
Robert Biddle, Esq.             David P. King, Esq.