# Exhibit D

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: WDQ-00-2918

Plaintiff:
**UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**

vs.

Defendant:
**WILLIAM F. MAHON and DEAN J. JUPITER,**

For:
Carolann Gemski, Esquire
SECURITIES AND EXCHANGE COMMISSION
175 West Jackson Blvd
Suite 900
Chicago, IL 60604

Received by Professional Process Servers on the 13th day of February, 2004 at 9:00 am to be served on **BARBARA JUPITER, 112 SWEET BAY CIRCLE, JUPITER, FLORIDA 33458**.

I, Wayne Pollick, being duly sworn, depose and say that on the **1st day of March, 2004 at 4:15 pm**, I:

**NON-SERVED.** DISCONTINUED ATTEMPTING SERVICE of the **SUBPOENA IN A CIVIL CASE** for the reasons detailed in the Comments below.

**Additional Information pertaining to this Service:**
THE GIVEN ADDRESS IS THE GARBERG RESIDENCE, THEY BOUGHT THE HOUSE FROM THE SUBJECTS TWO MONTHS AGO. MAIL STILL COMES FOR THE SUBJECTS OCCASIONALLY, BUT THE GARBERG'S DO NOT KNOW HOW TO GET A HOLD OF THE SUBJECTS, SO THEY RETURN THE MAIL TO THE SENDER. THE CURRENT OWNERS BELIEVE THE JUPITER'S MOVED TO NASSAU, BAHAMAS.

Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true, that I am over the age of eighteen, that I have no interest in the above action, and that I am a Certified Process Server in the circuit in which it was served, and in good standing.

J. GARCIA
MY COMMISSION # DD 254759
EXPIRES: January 31, 2008
Bonded Thru Budget Notary Services

Subscribed and Sworn to before me on the 7th day of February, 2005 by the affiant who is personally known to me.

NOTARY PUBLIC

Wayne Pollick
856

Professional Process Servers
& Investigators, Inc.
1749 N.E. 26th Street, Suite C
Wilton Manors, FL 33305
(954) 566-2523
Our Job Serial Number: 2004003093

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f