# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# NORTHERN DIVISION

|  |  |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION** | : |
| **Plaintiff,** | : |
|  | : CIVIL ACTION |
| **v.** | : FILE NO. S 00 CV 2918 |
|  | : |
| **WILLIAM F. MAHON, ET. AL.** | : Judge William D. Quarles |
|  | : |
| **Defendants.** | : |

## ORDER GRANTING SEC'S MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINE REGARDING RELIEF DEFENDANTS SEAN AND DEREK JUPITER

UPON CONSIDERATION of the SEC's *Motion To Extend Dispositive Motions Deadline Regarding Relief Defendants Sean and Derek Jupiter* and their consent thereto, it is this _____ day of May, 2005 by the United States District Court for the District of Maryland, hereby:

ORDERED, that the SEC's Motion be and hereby is GRANTED; and it is further,

ORDERED, that dispositive motions regarding Sean and Derek Jupiter shall be due on June 3, 2005.

SO ORDERED.

_____
Judge, United States District Court
for the District of Maryland