**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION** : : : : | |
| **Plaintiff,** : : | |
| v. : : | CIVIL ACTION FILE NO. S 00 CV 2918 |
| **WILLIAM F. MAHON, ET. AL.** : : | Judge William D. Quarles |
| **Defendants.** : : | |

## NOTICE OF SERVICE

In accordance with this Court's Paperless Order dated May 25, 2005 directing the Plaintiff Securities and Exchange Commission ("SEC") to deliver to chambers a paper copy of Docket Number 95, *SEC's Motion for Disgorgement and Repatriation Orders Against Relief Defendants Lee Jupiter, Barbara Jupiter, Jillian Coen and Robert Coen*, the SEC respectfully submits this Notice of Service reflecting that on May 25, 2005, a paper copy of the Motion, with Exhibits, was sent via overnight delivery to chambers.

On this date, the SEC also has submitted via over night delivery to chambers a copy of its *Amended Partial Consent Motion to Request Disposition by Motion and Enter Final Judgment Setting Disgorgement, Civil Penalty, and Prejudgment Interest and a Repatriation Order Against Dean J. Jupiter*, with exhibits, which also was filed electronically on this date.

Notice of this filing will be sent electronically to Allan M. Lerner and Robert Biddle, counsel for Defendant Dean J. Jupiter, and M. Daniel Hughes, counsel for relief defendants Lee, Derek, Sean Jupiter, Barbara Jupiter, and Jillian and Robert Coen by operation of the Court's electronic filing system. Parties and interested persons may access this filing through the Court's system.

                                            Respectfully submitted,

May 25, 2005                    ___/s/_____
                                        Carolann Gemski, Esq.
                                        United States Securities and Exchange
                                              Commission
                                        175 W. Jackson Boulevard, Suite 900
                                        Chicago, IL  60604
                                        Phone:  (312) 353-0512
                                        One of the Attorneys for Plaintiff