IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| U.S. Securities & Exchange Commission, | * |
| Plaintiff, | * Civil Action<br>* CASE No. S 00 CV 2918 |
| vs. | * Judge William D. Quarles |
| William F. Mahon and<br>Dean J. Jupiter, | * |
| Defendants, | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF FILING OF LENGTHY EXHIBIT**

Exhibit A, which is an attachment to insert from Brief exists only in paper format and is longer than fifteen pages or, if scanned will be larger than 1.5MB. It will be filed with the Clerks's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file a paper copy of the document identified above. Counsel for the Plaintiff has waived service of the Exhibit as she has a copy already.

May 27, 2005

/s/ Robert W. Biddle
Robert W. Biddle, Esq., Bar No. 10761
Nathans & Biddle, LLP
SunTrust Building
120 East Baltimore Street, Suite 1800
Baltimore, Maryland 21202
Phone 410.783.0272; Fax 410.783.0518