IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. S 00 CV 2918 |
| WILLIAM F. MAHON, et al., | * | Judge William D. Quarles |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**MOTION OF RELIEF DEFENDANTS TO EXTEND DISPOSITIVE MOTIONS DEADLINE REGARDING RELIEF DEFENDANTS SEAN AND DEREK JUPITER**

Sean and Derek Jupiter, Relief Defendants (the "Relief Defendants"), by their attorneys, move for entry of an Order extending the time for filing dispositive motions. The grounds in support of this motion are as follows:

1. The Court ordered deadline for filing dispositive motions as to Sean and Derek Jupiter, Relief Defendants is June 3, 2005. The SEC has refrained from filing any such motion to give counsel for these Relief Defendants additional time to determine whether to file a motion for a stay due to the active duty status of these Relief Defendants.

2. Counsel for these Relief Defendants has not yet been successful in determining the current status of these Relief Defendants and thus has been unable to advise the SEC whether they will seek a stay on behalf of these Relief Defendants pursuant to the Servicemembers Civil Relief Act, 50 U.S.C. § 522 (2005).

3. Relief Defendants request an extension of two weeks, to and including June 17, 2005, to determine these Relief Defendants' current status and, if necessary, to request a stay on that basis.

4. Pursuant to Local Rule 105.9, Relief Defendants certify that Carolann Gemski, attorney for the SEC, has consented to the requested extension of time.

WHEREFORE, Relief Defendants, Sean and Derek Jupiter, request that the Court enter an Order extending the dispositive motions deadline regarding these Relief Defendants.

KENNY & VETTORI, LLP


By:_____ /s/_____
        Paul M. Vettori
        502 Washington Avenue, Suite 720
        Towson, Maryland 21204
        Telephone (410) 825-1050
        Facsimile (410) 583-4660

        Bar No. 00122

        M. Daniel Hughes
        3000 North Federal Highway
        Building Two South, Suite 200
        Fort Lauderdale, Florida 33306

*Attorneys for Relief Defendants*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 3rd day of June, 2005, a copy of the foregoing Motion of Relief Defendants to Extend Dispositive Motions Deadline Regarding Relief Defendants Sean and Derek Jupiter has been filed electronically pursuant to Fed. R. Civ. P. 5 (b) (2) (D) and that Notice of this filing will be sent electronically to Carolann Gemski, Esquire, attorney for Plaintiff, Unites States Securities and Exchange Commission, 175 West Jackson Boulevard, Suite 900, Chicago, Illinois, 60604 and to Allan M. Lerner, Esquire, 2888 East Oakland Park Boulevard, Fort Lauderdale Florida 33306.

                                                  _____/s/_____
                                                  Paul M. Vettori