IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. S 00 CV 2918 |
| WILLIAM F. MAHON, et al., | * | Judge William D. Quarles |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING RELIEF DEFENDANTS' MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINE REGARDING RELIEF DEFENDANTS SEAN AND DEREK JUPITER**

UPON CONSIDERATION of Relief Defendants Sean and Derek Jupiter's Motion to Stay Proceedings, it is, this _____ day of June, 2005, by the United States District Court for the District of Maryland, hereby

ORDERED, that the Relief Defendants' Motion be, and hereby is, GRANTED; and it is further

ORDERED, that these proceedings are stayed as to Relief Defendants Sean and Derek Jupiter for the period of their military service and 90 days thereafter.

_____
Judge, United State District Court
for the District of Maryland