**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

_____

**UNITED STATES SECURITIES**
**AND EXCHANGE COMMISSION**

   **Plaintiff,**

  **v.**

**WILLIAM F. MAHON, ET. AL.**

   **Defendants.**
_____

  :
  :
  :
  :
  :
  : CIVIL ACTION
  : FILE NO. S 00 CV 2918
  :
  : Judge William D. Quarles
  :
  :
  :

## ORDER DENYING MOTION TO STAY

  **UPON CONSIDERATION** of the *Motion of Relief Defendants Sean and Derek Jupiter to Stay Proceedings,* the SEC's opposition thereto, and the entire record in the case, it is this

_____ day of _____, 2005:

  **ORDERED,** that the Motion is DENIED; and it is further,

  **ORDERED,** that Relief Defendants Sean and Derek Jupiter shall file their opposition, if any, to the SEC's *Motion for Disgorgement and Repatriation Orders Against Relief Defendants Sean Jupiter and Derek Jupiter*, within fourteen days of the date of this Order.


          _____
          The Honorable William D. Quarles
          United States District Judge