UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

*FILED*
*U.S. DISTRICT COURT*
*STRICT OF MARYLAND*

2005 OCT -3 P 4: 01

'LE. K'S OFFICE
BALTIMORE

Y_____ —DEPUTY

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION

Plaintiff,

v.

WILLIAM F. MAHON, ET. AL.

Defendants.

: CIVIL ACTION
: FILE NO. S 00 CV 2918

Judge William D. Quarles

## ORDER DENYING MOTION TO STAY

**UPON CONSIDERATION** of the *Motion of Relief Defendants Sean and Derek Jupiter to Stay Proceedings,* the SEC's opposition thereto, and the entire record in the case, it is this 3l day of __October__, 2005:

**ORDERED,** that the Motion is DENIED; and it is further,

**ORDERED,** that Relief Defendants Sean and Derek Jupiter shall file their opposition, if any, to the SEC's *Motion for Disgorgement and Repatriation Orders Against Relief Defendants Sean Jupiter and Derek Jupiter,* within fourteen days of the date of this Order.

The Honorable William D. Quarles
United States District Judge