UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION | : : : : |
| Plaintiff, | : : |
| v. | : CIVIL ACTION : FILE NO. S 00 CV 2918 : |
| WILLIAM F. MAHON, ET. AL. | : Judge William D. Quarles : |
| Defendants. | : : |

## CONSENT MOTION TO AMEND FINAL JUDGMENT SETTING DISGORGEMENT, IMPOSING A CIVIL PENALTY, AND PREJUDGMENT INTEREST AND A REPATRIATION ORDER AGAINST DEAN J. JUPITER

Plaintiff Securities and Exchange Commission ("SEC"), with the consent of Defendant Dean J. Jupiter, respectfully requests that this Court amend its October 3, 2005 Final Judgment Setting Disgorgement, Imposing a Civil Penalty, and Prejudgment Interest and a Repatriation Order Against Dean J. Jupiter to remedy a typographical error. The first sentence on Page 3 of the Order says "Jupiter shall make this payment upon after entry of this Final Order . . ." The SEC requests that this Court issue an Order striking the word "after" from this sentence, which the SEC inadvertently included in its proposed Order.

Respectfully submitted,

October 13, 2005                 ___/s/_____
                                 Carolann Gemski, Esq.
                                 United States Securities and Exchange
                                     Commission
                                 175 W. Jackson Boulevard, Suite 900
                                 Chicago, IL  60604
                                 Phone:  (312) 353-0512
                                 One of the Attorneys for Plaintiff

2

## CERTIFICATE OF SERVICE

     I, Carolann Gemski, hereby certify that on October 13, 2005, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent electronically to Allan M. Lerner and Robert W. Biddle, counsel for Defendant Dean J. Jupiter, and M. Daniel Hughes, counsel for Relief Defendants, by operation of the Court's electronic filing system. Parties and interested persons may access this filing through the Court's system.

                              _____/s/_____
                              Carolann Gemski