## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

_____
                                                :
**UNITED STATES SECURITIES**                    :
**AND EXCHANGE COMMISSION**                      :
                                                :
       **Plaintiff,**                           :
                                                :  CIVIL ACTION
       **v.**                                   :  FILE NO. S 00 CV 2918
                                                :
**WILLIAM F. MAHON, ET. AL.**                   :  Judge William D. Quarles
                                                :
       **Defendants.**                          :
_____:

### ORDER AMENDING FINAL JUDGMENT SETTING DISGORGEMENT, IMPOSING A CIVIL PENALTY, AND PREJUDGMENT INTEREST AND A REPARTRIATION ORDER AGAINST DEAN J. JUPITER

**UPON CONSIDERATION OF** the SEC's Consent Motion to Amend Final Judgment

Setting Disgorgement, Imposing a Civil Penalty, and Prejudgment Interest and a Repatriation

Order Against Dean J. Jupiter and for good cause shown, it is this _____ day of

_____, 2005, hereby:

**ORDERED,** that the SEC's Motion is GRANTED; and it is further,

**ORDERED,** that the word "after" is STRICKEN in the first sentence on Page 3 of the

October 3, 2005 Final Judgment Setting Disgorgement, Imposing a Civil Penalty, and

Prejudgment Interest and a Repatriation Order Against Dean J. Jupiter.


                                        _____
                                        The Honorable William D. Quarles
                                        United States District Judge