FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2005 OCT 17  P 3:28

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

MOTION "GRANTED" THIS ___ DAY OF
Oct ___, 2005
_____
WILLIAM D. QUARLES, JR.
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION | |
| Plaintiff, | |
| v. | |
| WILLIAM F. MAHON, ET. AL. | Judge William D. Quarles |
| Defendants. | |

### CONSENT MOTION TO AMEND FINAL JUDGMENT SETTING DISGORGEMENT, IMPOSING A CIVIL PENALTY, AND PREJUDGMENT INTEREST AND A REPATRIATION ORDER AGAINST DEAN J. JUPITER

Plaintiff Securities and Exchange Commission ("SEC"), with the consent of Defendant Dean J. Jupiter, respectfully requests that this Court amend its October 3, 2005 Final Judgment Setting Disgorgement, Imposing a Civil Penalty, and Prejudgment Interest and a Repatriation Order Against Dean J. Jupiter to remedy a typographical error. The first sentence on Page 3 of the Order says "Jupiter shall make this payment upon after entry of this Final Order   ." The SEC requests that this Court issue an Order striking the word "after" from this sentence, which the SEC inadvertently included in its proposed Order.

Respectfully submitted,

October 13, 2005

\_\_\_/s/_____
Carolann Gemski, Esq.
United States Securities and Exchange
   Commission
175 W. Jackson Boulevard, Suite 900
Chicago, IL  60604
Phone: (312) 353-0512
One of the Attorneys for Plaintiff