UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION | : : : : |
| Plaintiff, | : : |
| v. | : CIVIL ACTION : FILE NO. S 00 CV 2918 : |
| WILLIAM F. MAHON, ET. AL. | : Judge William D. Quarles : |
| Defendants. | : : |

**SECOND CONSENT MOTION TO AMEND FINAL JUDGMENT SETTING DISGORGEMENT, IMPOSING A CIVIL PENALTY, AND PREJUDGMENT INTEREST AND A REPATRIATION ORDER AGAINST DEAN J. JUPITER**

Plaintiff Securities and Exchange Commission ("SEC"), with the consent of Defendant Dean J. Jupiter, respectfully requests that this Court amend its October 3, 2005 Final Judgment Setting Disgorgement, Imposing a Civil Penalty, and Prejudgment Interest and a Repatriation Order Against Dean J. Jupiter to remedy a mathematical error.  Paragraph II says that Jupiter is liable for disgorgement of $30,177,574; however, the figure should be $30,067,574.  All other figures in the Order are accurate.  The SEC requests that this Court issue an Order amending the figure of $30,177,574 in Paragraph II to be $30,067,574.

                                      Respectfully submitted,

June 5, 2006                          ___/s/_____
                                      Carolann Gemski, Esq.
                                      United States Securities and Exchange
                                          Commission
                                      175 W. Jackson Boulevard, Suite 900
                                      Chicago, IL  60604
                                      Phone:  (312) 353-0512
                                      One of the Attorneys for Plaintiff

2

## CERTIFICATE OF SERVICE

     I, Carolann Gemski, hereby certify that on June 5, 2006, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent electronically to Allan M. Lerner and Robert W. Biddle, counsel for Defendant Dean J. Jupiter, and M. Daniel Hughes, counsel for Relief Defendants, by operation of the Court's electronic filing system. Parties and interested persons may access this filing through the Court's system.

                                              \_\_\_\_\_/s/_____
                                              Carolann Gemski