## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES SECURITIES** | : |
| **AND EXCHANGE COMMISSION** | : |
| **Plaintiff,** | : |
| | : CIVIL ACTION |
| **v.** | : FILE NO. S 00 CV 2918 |
| | : |
| **WILLIAM F. MAHON, ET. AL.** | : Judge William D. Quarles |
| | : |
| **Defendants.** | : |

### SECOND ORDER AMENDING FINAL JUDGMENT SETTING DISGORGEMENT, IMPOSING A CIVIL PENALTY, AND PREJUDGMENT INTEREST AND A REPARTRIATION ORDER AGAINST DEAN J. JUPITER

**UPON CONSIDERATION OF** the SEC's Second Consent Motion to Amend Final Judgment Setting Disgorgement, Imposing a Civil Penalty, and Prejudgment Interest and a Repatriation Order Against Dean J. Jupiter and for good cause shown, it is this _____ day of _____, 2006, hereby:

**ORDERED,** that the SEC's Motion is GRANTED; and it is further,

**ORDERED,** that Paragraph II of the October 3, 2005 Final Judgment Setting Disgorgement, Imposing a Civil Penalty, and Prejudgment Interest and a Repatriation Order Against Dean J. Jupiter is amended to reflect the figure of $30,067,574 rather than $30,177,574.

_____
The Honorable William D. Quarles
United States District Judge