UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION : <br><br> Plaintiff, : <br><br> v. : <br><br> WILLIAM F. MAHON, ET. AL. : <br><br> Defendants. : | CIVIL ACTION <br> FILE NO. S 00 CV 2918 <br><br> Judge William D. Quarles |

**SECOND ORDER AMENDING FINAL JUDGMENT SETTING DISGORGEMENT, IMPOSING A CIVIL PENALTY, AND PREJUDGMENT INTEREST AND A <u>REPARTRIATION ORDER AGAINST DEAN J. JUPITER</u>**

**UPON CONSIDERATION OF** the SEC's Second Consent Motion to Amend Final Judgment Setting Disgorgement, Imposing a Civil Penalty, and Prejudgment Interest and a Repatriation Order Against Dean J. Jupiter and for good cause shown, it is this _____ day of _____, 2006, hereby:

**ORDERED,** that the SEC's Motion is GRANTED; and it is further,

**ORDERED,** that Paragraph II of the October 3, 2005 Final Judgment Setting Disgorgement, Imposing a Civil Penalty, and Prejudgment Interest and a Repatriation Order Against Dean J. Jupiter is amended to reflect the figure of $30,067,574 rather than $30,177,574.

_____
The Honorable William D. Quarles
United States District Judge