UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2006 JUN -6  P 4: 12

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION | |
| Plaintiff, | |
| v. | : CIVIL ACTION<br>: FILE NO. S 00 CV 2918 |
| WILLIAM F. MAHON, ET. AL. | : Judge William D. Quarles |
| Defendants. | |

**SECOND ORDER AMENDING FINAL JUDGMENT SETTING DISGORGEMENT, IMPOSING A CIVIL PENALTY, AND PREJUDGMENT INTEREST AND A REPARTRIATION ORDER AGAINST DEAN J. JUPITER**

**UPON CONSIDERATION OF** the SEC's Second Consent Motion to Amend Final Judgment Setting Disgorgement, Imposing a Civil Penalty, and Prejudgment Interest and a Repatriation Order Against Dean J. Jupiter and for good cause shown, it is this ____ day of _____, 2006, hereby:

**ORDERED**, that the SEC's Motion is GRANTED; and it is further,

**ORDERED**, that Paragraph II of the October 3, 2005 Final Judgment Setting Disgorgement, Imposing a Civil Penalty, and Prejudgment Interest and a Repatriation Order Against Dean J. Jupiter is amended to reflect the figure of $30,067,574 rather than $30,177,574.

_____
The Honorable William D. Quarles
United States District Judge